This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Johnny White v. Logan Gray & Landstar Ranger, Inc.

| | |
|---|---|
| Case Number | 33C01-2102-CT-000009 |
| Court | Henry Circuit Court 1 |
| Type | CT - Civil Tort |
| Filed | 02/10/2021 |
| Status | 02/10/2021 , Pending  (active) |

## Parties to the Case

**Defendant   Gray, Logan**

| | |
|---|---|
| Address | 2601 N Chesterhaven #J101<br>Springfield, MO 65803 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Alyson Marie Kern<br>*#3527029, Retained*<br><br>Kightlinger & Gray, LLP<br>One Indiana Square, Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |

**Defendant   Landstar Ranger, Inc.**

| | |
|---|---|
| Address | 334 North Senate Avenue<br>Indianapolis, IN 46204 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Alyson Marie Kern<br>*#3527029, Retained*<br><br>Kightlinger & Gray, LLP<br>One Indiana Square, Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |

| | | |
|---|---|---|
| Plaintiff | White, Johnny | |
| Address | 6228 8th Street<br>Chesapeake Beach, MD 20732 | |
| Attorney | Rudy Micah Longman<br>*#3267329, Retained* | |
| | HENSLEY LEGAL GROUP, PC<br>117 E Washington St<br>Suite 200<br>Indianapolis, IN 46204<br>317-472-3333(W) | |

## Chronological Case Summary

**02/10/2021 Case Opened as a New Filing**

**02/10/2021 Appearance Filed**
Appearance filed by Attorney Rudy Longman on behalf of Plantiff

| For Party: | White, Johnny |
|---|---|
| File Stamp: | 02/10/2021 |

**02/10/2021 Complaint/Equivalent Pleading Filed**
Complaint of Damages filed

| Filed By: | White, Johnny |
|---|---|
| File Stamp: | 02/10/2021 |

**02/10/2021 Subpoena/Summons Filed**
Summons - Filed for Logan Gray

| Filed By: | White, Johnny |
|---|---|
| File Stamp: | 02/10/2021 |

**02/10/2021 Subpoena/Summons Filed**
Summons - Filed on Landstar Ranger, INC

| Filed By: | White, Johnny |
|---|---|
| File Stamp: | 02/10/2021 |

**02/11/2021 Certificate of Issuance of Summons**
Certificate of Issuance of Summons to Logan Gray on 2/11/21 by Mail

| Filed By: | White, Johnny |
|---|---|
| File Stamp: | 02/11/2021 |

**02/11/2021 Certificate of Issuance of Summons**
Certificate of Issuance of Summons to Landstar Ranger, Inc. on 2/11/21 by mail

| Filed By: | White, Johnny |
|---|---|
| File Stamp: | 02/11/2021 |

**02/19/2021 Certified Mail Returned**
Certified mail receipt returned SATISFIED to Landstar Ranger, Inc. on 02/16/2021.

| Party Served: | Landstar Ranger, Inc. |
|---|---|
| Date Signed: | 02/16/2021 |

| 02/22/2021 | **Certified Mail Returned** | |
|---|---|---|
| | Certified mail receipt returned SATISFIED to Logan Gray on 02/17/2021. | |
| | Party Served: | Gray, Logan |
| | Date Signed: | 02/17/2021 |

| 02/23/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Erin Clancy and Alyson Kern on behalf of defendants | |
| | For Party: | Gray, Logan |
| | For Party: | Landstar Ranger, Inc. |
| | File Stamp: | 02/22/2021 |

| 02/23/2021 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Extension of Time Filed by defendants | |
| | Filed By: | Gray, Logan |
| | Filed By: | Landstar Ranger, Inc. |
| | File Stamp: | 02/22/2021 |

| 02/23/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Order on Extension of Time | |
| | Order Signed: | 02/23/2021 |

| 02/24/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 2/23/2021 : Alyson Marie Kern;Erin A Clancy;Rudy Micah Longman |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### White, Johnny
Plaintiff

Balance Due (as of 03/18/2021)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/10/2021 | Transaction Assessment | 157.00 |
| 02/10/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Filed: 2/10/2021 10:20 AM
Clerk
Henry County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CAUSE NO: **33C01-2102-CT-000009** |
| | ) | Henry Circuit Court 1 |
| JOHNNY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOGAN GRAY and LANDSTAR RANGER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE**

**Case Number:**

1. Johnny White
   Name of represented party

2. Attorney information (as applicable for service of process):

   Name: <u>Rudy Longman</u>          Atty Number: <u>32673-29</u>
   <u>HENSLEY LEGAL GROUP, PC</u>     Phone: <u>(317) 472-3333</u>
   Address: <u>117 East Washington Street</u>  FAX: <u>(317) 472-3340</u>
   <u>Suite 200</u>                  Email: <u>rlongman@hensleylegal.com</u>
   <u>Indianapolis, IN  46204</u>

3. Case Type requested: <u>CT</u>

4. Will accept FAX service: Yes ___ No <u>X</u>

_____
Rudy M. Longman, #32673-29
Attorney for Plaintiff

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CAUSE NO. 33C01-2102-CT-000009 |
| | ) | Henry Circuit Court 1 |
| JOHNNY WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOGAN GRAY and LANDSTAR RANGER, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR DAMAGES**

COMES now the Plaintiff, JOHNNY WHITE ("Plaintiff") by counsel, and for his Complaint for Damages against the Defendants, LOGAN GRAY and LANDSTAR RANGER, INC. ("Defendants") alleges and asserts that:

1. At all times mentioned herein the Plaintiff was and is a resident of the City of Chesapeake Beach, County of Calvert, State of Maryland.

2. At all times mentioned herein, Defendant Landstar Ranger, Inc. was and is a corporation doing business in the State of Indiana.

3. At all times relevant to this Complaint, Defendant Logan Gray, was an employee, agent, contractor or servant of Landstar Ranger, Inc.

4. All of the acts and/or omissions of Landstar Ranger, Inc. herein alleged, were performed and/or omitted by and through the agents, contractors, servants, and/or employees of Landstar Ranger, Inc., including but not limited to Logan Gray while they were acting within the scope and course of their contract and/or employment.

5. At all times mentioned herein, there was and is now near the City of New Lisbon, County of Henry, State of Indiana, a public thoroughfare known as I-70 East, which generally runs in an easterly and westerly direction.

6. On July 14, 2020, the Plaintiff was traveling east on I-70 when the Defendant rear-ended the Plaintiff's vehicle, causing a collision and pushing the Plaintiff into another vehicle.

7. The aforementioned collision was directly and proximately caused by the carelessness and negligence of Logan Gray

8. As a direct and proximate result of the carelessness and negligence of Defendants, the Plaintiff was damaged.

WHEREFORE, the Plaintiff, JOHNNY WHITE prays that the Court grant judgment against the Defendants, LOGAN GRAY and LANDSTAR RANGER, INC. in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

_____
Rudy Longman, # 32673-29
Attorney for Plaintiff

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, JOHNNY WHITE by counsel and files herein his request for trial by jury for the above action.

Respectfully submitted,

_____
Rudy Longman, # 32673-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
rlongman@hensleylegal.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | |

| | |
|---|---|
| JOHNNY WHITE, ) | |
| ) | CAUSE NO: **33C01-2102-CT-000009** |
| Plaintiff, ) | Henry Circuit Court 1 |
| ) | |
| vs. ) | |
| ) | |
| LOGAN GRAY and LANDSTAR ) | |
| RANGER, INC., ) | |
| ) | |
| Defendants. ) | |

**TO DEFENDANT:**   Logan Gray
2601 N Chesterhaven #J101
Springfield, MO 65803

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 2/10/2021  _____ (Seal)
CLERK, Henry County Superior Court

**(The following manner of service of summons is hereby designated)**

__X__ Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

Rudy Longman ,#32673-29
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

  I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Logan Gray by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_/s/ Rudy M Longman_

_____
Rudy Longman

Dated:_____     By: Rudy Longman

## RETURN ON SERVICE OF SUMMONS BY MAIL

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____
CLERK, Henry County Superior Court

By:_____
Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | |

| | |
|---|---|
| JOHNNY WHITE, ) | |
| ) | CAUSE NO: **33C01-2102-CT-000009** |
| Plaintiff, ) | Henry Circuit Court 1 |
| ) | |
| vs. ) | |
| ) | |
| LOGAN GRAY and LANDSTAR ) | |
| RANGER, INC., ) | |
| ) | |
| Defendants. ) | |

**TO DEFENDANT:**   Landstar Ranger, Inc.
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 2/10/2021   _____Jennifer L. Grubbs_____(Seal)
　　　　　　　　　　CLERK, Henry County Superior Court



**(The following manner of service of summons is hereby designated)**

__X__ Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

Rudy Longman ,#32673-29
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Landstar Ranger, Inc. by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Rudy Longman

Dated:_____        By: Rudy Longman


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____
CLERK, Henry County Superior Court


By:_____
Deputy

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE HENRY COUNTY CIRCUIT COURT |
| ) SS: | | |
| COUNTY OF HENRY ) | | CAUSE NO: 33C01-2102-CT-000009 |
| ) | | |
| JOHNNY WHITE, ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | | |
| LOGAN GRAY and LANDSTAR ) | | |
| RANGER, INC., ) | | |
| ) | | |
| Defendants. ) | | |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on February 11, 2021 I mailed a copy of the summons and a copy of the complaint to the defendant, Logan Gray, 2601 N Chesterhaven #J101, Springfield, MO 65803 by certified mail #7020 0640 0000 2294 3632, requesting a return receipt to the Henry County Clerk's office.

*[signature]*

_____
Rudy Longman, Attorney # 32673-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
rlongman@hensleylegal.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CAUSE NO: 33C01-2102-CT-000009 |
| | ) | |
| JOHNNY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LOGAN GRAY and LANDSTAR RANGER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on February 11, 2021 I mailed a copy of the summons and a copy of the complaint to the defendants, Landstar Ranger, Inc., 334 North Senate Avenue, Indianapolis, IN 46204 by certified mail #7020 0640 0000 2294 3625, requesting a return receipt to the Henry County Clerk's office.

_____
Rudy Longman, Attorney # 32673-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
rlongman@hensleylegal.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Landstar Ranger, Inc
   C/o CT Corporation System
   334 North Senate Ave
   Indpls, IN 46204

   9590 9402 3958 8060 6342 86

   C1-2102-CT-000009

2. Article Number (Transfer from service label)

   7020 0640 0000 2294 3625

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2-16-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**FILED**

FEB 19 2021

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
     (over $500)
   ☑ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Logan Gray
2601 N Chesterhaven #J101
Springfield, Mo 65803

9590 9402 3958 8060 6342 79

2. Article Number (Transfer from service label)

7020 0640 0000 2294 3632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name) Logan Gray

C. Date of Delivery 2/19/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

FILED
FEB 22 2021
[signature]
CLERK HENRY CIRCUIT COURT

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 CI-2102-CT-9 Domestic Return Receipt

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CAUSE NO. 33C01-2102-CT-000009 |

| | |
|---|---|
| JOHNNY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOGAN GRAY and | ) |
| LANDSTAR RANGER, INC., | ) |
| | ) |
| Defendants. | ) |

**APPEARANCE FORM (CIVIL)**
**RESPONDING PARTY**

1. Please enter my appearance for:

   **LOGAN GRAY AND LANDSTAR RANGER, INC.**

2. Attorney information (as applicable for service of process):

   Name:       Erin A. Clancy            Atty. Number: 21962-49
               Alyson M. Kern            Atty. Number: 35270-29
   Address:    Kightlinger & Gray, LLP   Phone: 317/638-4521
               211 N. Pennsylvania Street FAX:  317/636-5917
               Suite 300                 Computer address:
               Indianapolis, Indiana 46204   eclancy@k-glaw.com
                                             akern@k-glaw.com

3. Will responding party accept FAX service:  Yes ____ No  X

4. Additional information required by state or local rule:

1

           KIGHTLINGER & GRAY, LLP

         By: */s/Erin A. Clancy*
           Erin A. Clancy, I.D. No. 21962-49
           Alyson M. Kern, I.D. No. 35270-29
           *Attorney for Defendants,*
           *Logan Gray and Landstar Ranger, Inc*.

### CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of February, 2021, the foregoing was electronically filed with the Henry County Circuit Court and was served – through the Court's E-Filing system – on the following:

Rudy Longman
HENSLEY LEGAL GROUP, P.C.
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
rlongman@hensleylegal.com
*Attorney for Plaintiff*

           */s/Erin A. Clancy*
           Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CAUSE NO. 33C01-2102-CT-000009 |

| | |
|---|---|
| JOHNNY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOGAN GRAY and | ) |
| LANDSTAR RANGER, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants, Logan Gray and Landstar Ranger, Inc. ("Defendants"), by counsel, respectfully move the Court for an extension of time of thirty (30) days up to and including April 10, 2021, in which to file a responsive pleading to Plaintiff's Complaint for Damages. In support of said Motion, Defendants show the Court:

1. That Plaintiff's Complaint for Damages was filed with the Court on February 10, 2021 and served via certified mail on the Defendants on or about February 16, 2021. As such, the earliest Defendants' Answer would be due is March 11, 2021, a date that has not yet passed.

2. Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including April 10, 2021, within which to answer or otherwise respond to Plaintiff's Complaint for Damages.

3. This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiff's Complaint for Damages.

4. Plaintiff's counsel has been contacted and has no objection to the filing of this Motion.

WHEREFORE, Defendants, Logan Gray and Landstar Ranger, Inc., prays that the time for filing a responsive pleading to the Plaintiff's Complaint for Damages be extended for a period of thirty (30) days, up to and including April 10, 2021.

KIGHTLINGER & GRAY, LLP

By: /s/Erin A. Clancy
Erin A. Clancy, I.D. No. 21962-49
Alyson M. Kern, I.D. No. 35270-29
*Attorney for Defendants,*
*Logan Gray and Landstar Ranger, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021, the foregoing was electronically filed with the Henry County Circuit Court and was served – through the Court's E-Filing system – on the following:

Rudy Longman
HENSLEY LEGAL GROUP, P.C.
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
rlongman@hensleylegal.com
*Attorney for Plaintiff*

/s/Erin A. Clancy
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

777777\60949460-1

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CAUSE NO. 33C01-2102-CT-000009 |

| | |
|---|---|
| JOHNNY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOGAN GRAY and | ) |
| LANDSTAR RANGER, INC., | ) |
| | ) |
| Defendants. | ) |

**FILED**
February 23, 2021
CLERK HENRY CIRCUIT
COURT NO.1
BW

## ORDER ON EXTENSION OF TIME

This cause came before the Court upon the Motion of the Defendants for a Motion for Extension of Time to respond to Plaintiff's Complaint for Damages.

The Court, having considered said Motion and, being duly advised in the premises, now GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants, Logan Gray and Landstar Ranger, Inc., may have an extension of time of thirty (30) days, up to and including April 10, 2021, within which to answer or otherwise plead to Plaintiff's Complaint for Damages.

DATED: __February 23, 2021__          _____
                                        Judge, Henry County Circuit Court

Distribution to:

Erin A. Clancy
Alyson M. Kern
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204

Rudy Longman
HENSLEY LEGAL GROUP, P.C.
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
rlongman@hensleylegal.com
*Attorney for Plaintiff*

777777\60949467-1